```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
Christopher Peterson,               :
                                    :      20 Civ. 2291 (LAP)
                Plaintiff(s),       :
                                    :           ORDER
        -against-                   :
                                    :
Frame LA Brands, LLC,               :
                                    :
                Defendant(s).       :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel for plaintiff shall inform Judge Preska by letter no later than January 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*
_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: January 7, 2021

New York, New York