```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHRISTOPHER PETERSON,

           Plaintiff,

    -against-

FRAME LA BRANDS, LLC,

           Defendant.

No. 20-CV-2291 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The parties shall appear for a teleconference on January 26, 2021 at 11:30 a.m. Information regarding the dial-in information will be provided in advance of the conference date.

**SO ORDERED.**

Dated:  January 19, 2021
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.