UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER PETERSON,

         Plaintiff,

  -against-

FRAME LA BRANDS, LLC,

         Defendant.

No. 20-CV-2291 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for January 26, 2021 at 11:30 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   January 21, 2021
       New York, New York

*(signature)*
LORETTA A. PRESKA, U.S.D.J.