UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER PETERSON,

             Plaintiff,

   -against-

FRAME LA BRANDS, LLC,

             Defendant.

No. 20-CV-2291 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for January 26, 2021 at 11:30 a.m. is adjourned to January 27, 2021 at 11:00 a.m.  The conference will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   January 26, 2021
          New York, New York

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA, U.S.D.J.