UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CHRISTOPHER PETERSON,

              Plaintiff,

     -against-

FRAME LA BRANDS, LLC,

              Defendant.

------------------------------------

No. 20-CV-2291 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

     Upon Counsel's information that a settlement in principle
has been reached, the Clerk of the Court shall mark this action
closed, subject to reopening within thirty days if the
settlement is not effected, and all pending motions denied as
moot.  The conference scheduled for January 27, 2021 at 11:00
a.m. is cancelled.

**SO ORDERED.**

Dated:  January 27, 2021
       New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.